**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JIMMIE STEPHEN,                                    No. C 14-4927 SI (pr)

        Petitioner,                          **ORDER EXTENDING DEADLINES**

    v.

K. CHAPPELL, warden,

        Respondent.

_____/

    Respondent has requested an extension of time to file an answer to the petition for writ of habeas corpus.  Upon due consideration of the request and accompanying declaration of attorney Ambler Wipfler, the request is GRANTED.  Docket # 7.  Respondent's answer filed on February 17, 2015 is deemed to have been timely filed.  If petitioner wishes to respond to the answer, he must do so by filing a traverse with the court and serving it on respondent on or before **March 31, 2015**.

    Petitioner's motion to enter default and default judgment is DENIED.  Docket # 10.  At the time his motion was filed, respondent was not in default.

    IT IS SO ORDERED.

DATED: February 27, 2015

_____
SUSAN ILLSTON
United States District Judge