**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN, | No. C 14-4927 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| K. CHAPPELL, warden, | |
| Respondent. | |

This action for a writ of habeas corpus is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 18, 2015

_____
SUSAN ILLSTON
United States District Judge